IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MISSISSIPPI GULF COAST YOUNG** § | | |
| **MEN'S CHRISTIAN ASSOCIATION,** § | | |
| **INC.** § | | **PLAINTIFF** |
| § | | |
| **V.** § | **1:05MC322LG-RHW** | |
| § | | |
| **UNITED STATES OF AMERICA,** § | | |
| **INTERNAL REVENUE SERVICE, AND** § | | |
| **REGINA DIMITRY, IRS SPECIAL** § | | |
| **AGENT** § | | **DEFENDANTS** |

## JUDGMENT

This day this cause came on for hearing before the Court on the Motion of Defendants, the United States of America, Internal Revenue Service, and Regina Dimitry, to Dismiss, the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that for the reasons cited in the opinion, the Defendants' Motion to Dismiss should be and is hereby **GRANTED.** The Plaintiff's petition is hereby **DISMISSED without prejudice**.

**SO ORDERED AND ADJUDGED** this the 22th day of May, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE